Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 9 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DIEGO RIGOBERTO VAZQUEZ II,

Defendant.

4:25-CR-6007-RLP

INDICTMENT

Vio.: 21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii),
Possession with Intent to
Distribute 50 Grams or More of
Actual (Pure)
Methamphetamine
(Count 1)

21 U.S.C. § 841(a)(1),
(b)(1)(B)(iii),
Possession with Intent to
Distribute 28 Grams or More of
Cocaine Base
(Count 2)

21 U.S.C. § 841(a)(1),
(b)(1)(C),
Possession with Intent to
Distribute Cocaine
(Count 3)

INDICTMENT - 1

18 U.S.C. 924(c)(1)(A)(i),
Possession of a Firearm in
Furtherance of Drug Trafficking
(Count 4)

21 U.S.C. § 853, 18 U.S.C.
§ 924, 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about January 8, 2025, in the Eastern District of Washington, the Defendant, DIEGO RIGOBERTO VAZQUEZ II, knowingly possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about January 8, 2025, in the Eastern District of Washington, the Defendant, DIEGO RIGOBERTO VAZQUEZ II, knowingly possessed with intent to distribute 28 grams or more of a mixture or substance containing a cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii).

## COUNT 3

On or about January 8, 2025, in the Eastern District of Washington, the Defendant, DIEGO RIGOBERTO VAZQUEZ II, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

INDICTMENT - 2

## COUNT 4

On or about January 8, 2025, in the Eastern District of Washington, the Defendant, DIEGO RIGOBERTO VAZQUEZ II, did knowingly possess a firearm, that is: a Pietro Beretta .380 caliber pistol bearing serial number H37214, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Methampehtamine, Possession with Intent to Distribute Cocaine Base, and Possession with Intent to Distribute Cocaine, as charged in Counts 1-3, each in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## NOTICE OF CRIMINAL FORFEITURE

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant, DIEGO RIGOBERTO VAZQUEZ II, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

- a Pietro Beretta .380 caliber pistol bearing serial number H37214

INDICTMENT - 3

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), as set forth in this Indictment, Defendant DIEGO RIGOBERTO VAZQUEZ II, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to the following:

- a Pietro Beretta .380 caliber pistol bearing serial number H37214

If any forfeitable property, as a result of any act or omission of the Defendants:

a.  cannot be located upon the exercise of due diligence;
b.  has been transferred or sold to, or deposited with, a third party;
c.  has been placed beyond the jurisdiction of the court;
d.  has been substantially diminished in value; or
e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 19 day of Febraury 2025.

A TRUE BILL

*Rich Barker*
_____
Richard R. Barker
Acting United States Attorney

*Caitlin Baunsgard*
_____
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 4